**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALBA YANETH CALDERON-HERNANDEZ,<br><br>              Petitioner,<br><br>    v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>              Respondent. | No. 10-71467<br><br>Agency No. A070-783-941<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 15, 2012[**]

Before:    CANBY, GRABER, and M. SMITH, Circuit Judges.

Alba Yaneth Calderon-Hernandez, a native and citizen of Guatemala,

petitions for review of the Board of Immigration Appeals' order dismissing her

appeal from an immigration judge's decision denying her motion to reopen

_____

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removal proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Hamazaspyan v. Holder*, 590 F.3d 744, 747 (9th Cir. 2009), and we deny the petition for review.

The agency was within its discretion in denying Calderon-Hernandez's motion to reopen for failure to establish that "exceptional circumstances" caused her absence from her scheduled hearing. *See* 8 U.S.C. § 1229a(e)(1); *Celis-Castellano v. Ashcroft*, 298 F.3d 888, 892 (9th Cir. 2002).

Calderon-Hernandez's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**